UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
at LEXINGTON

CIVIL ACTION NO.: 5:10-CV-248-KKC

ERBY POWELL, PLAINTIFF,

v. **JUDGMENT**

MICHAEL ASTRUE,
COMMISSIONER OF SOCIAL SECURITY, DEFENDANT.

*** *** *** ***

In accordance with the opinion and order entered contemporaneously with this judgment, it is **HEREBY ORDERED** as follows:

(1) The administrative decision of the Commissioner of Social Security is **AFFIRMED** and Judgment is **ENTERED** in favor of the Social Security Administration with respect to all issues raised herein;

(2) This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay;

(3) All issues properly raised herein having been resolved, this action is **DISMISSED** with prejudice; and

(4) This matter is **STRICKEN** from the Court's active docket.

Dated this 9th day of August, 2011.

**Signed By:**

*Karen K. Caldwell* KKC
**United States District Judge**